# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| SONYA GREEN, ET AL., <br> Plaintiffs, <br> v. <br> FORD MOTOR COMPANY, <br> Defendant. | Case No. 17-cv-06513-BLF <br><br> **REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED, to the Honorable Lucy H. Koh for consideration of whether the case is related to 5:17-cv-05613-LHK Hyde et al v. Ford Motor Company.

**IT IS SO ORDERED.**

Dated: November 22, 2017

_____
BETH LABSON FREEMAN
United States District Judge